**PROSKAUER ROSE LLP**
ANTHONY J. ONCIDI (SBN 118135)
GREGORY W. KNOPP (SBN 237615)
PHILIPPE A. LEBEL (SBN 274032)
JENNIFER J. MCDERMOTT (SBN 339796)
aoncidi@proskauer.com
gknopp@proskauer.com
plebel@proskauer.com
jmcdermott@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:  310-557-2900
Facsimile:   310-557-2193

ELISE M. BLOOM (*pro hac vice* motion pending)
ebloom@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone: 212-969-3000
Facsimile: 212-969-2900

Attorneys for Defendant
Duane Morris LLP

*Additional counsel listed on following page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MEAGAN GARLAND, on behalf of herself and all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>DUANE MORRIS LLP, a business entity; TAX ACCOUNTING GROUP, a business entity, and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 4:24-cv-04639-HSG<br><br>Judge Haywood S. Gilliam, Jr.<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF DUANE MORRIS LLP'S PARTIAL MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>[Filed concurrently with Administrative Motion to Seal and Joint Stipulation]<br><br>Date Action Filed: July 31, 2024 |

4:24-cv-04639-HSG

[Proposed] Order Granting Administrative Motion To Seal Exhibits Filed In Support Of Duane Morris LLP's Partial Motion To Dismiss Plaintiff's Class Action Complaint

1  **FELL LAW, P.C.**
   BIBIANNE U. FELL (SBN 234194)
2  bibi@fellfirm.com
   10531 4S Commons Dr., Suite 166-610
3  San Diego, CA 92108
   Telephone: (858) 201-3960
4  Facsimile: (858) 201-3966

5  Attorneys for Plaintiff Meagan Garland

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Administrative Motion To Seal Exhibits Filed In Support Of Duane Morris LLP's Partial Motion To Dismiss Plaintiff's Class Action Complaint

The Court, having considered Defendant Duane Morris LLP's Administrative Motion to Seal Exhibits Filed in Support of Duane Morris LLP's Partial Motion to Dismiss Plaintiff's Class Action complaint ("Motion") and the parties Joint Stipulation submitted in support thereof and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

| Docket No. Public/(Sealed) | Document | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. 14-2 / (Dkt. No. 15-1) | Declaration of Charles J. O'Donnell in Support of Duane Morris LLP's Partial Motion to Dismiss Plaintiff's Class Action Complaint | Exhibit 1 | Joint Stipulation at ¶¶ 4-6 | Sealed |
| Dkt. No. 14-3 / (Dkt. No. 15-2) | Declaration of Charles J. O'Donnell in Support of Duane Morris LLP's Partial Motion to Dismiss Plaintiff's Class Action Complaint | Exhibit 2 | Joint Stipulation at ¶¶ 4-6 | Sealed |
| Dkt. No. 14-4 / (Dkt. No. 15-3) | Declaration of Charles J. O'Donnell in Support of Duane Morris LLP's Partial Motion to Dismiss Plaintiff's Class Action Complaint | Exhibit 3 | Joint Stipulation at ¶¶ 4-6 | Sealed |

**IT IS SO ORDERED.**

Dated_____, 2024      By_____
                                              Honorable Haywood S. Gilliam, Jr.
                                              United States District Judge